IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 17-04851 MCF |
| RAFAEL PIZARRO RODRIGUEZ | * | CHAPTER 7 |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED STATEMENT OF INTENTION* for *INDIVIDUALS FILING UNDER CHAPTER 7 (OFFICIAL FORM 108)***

**TO THE HONORABLE COURT:**

**COMES NOW, RAFAEL PIZARRO RODRIGUEZ,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting **Amended Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108)**, dated August 04, 2017, herewith and attached to this motion.

2. This amendment to the Debtor's _Statement of Intention_ is filed to state that **Americas Leading Finance, PO Box 192367 San Juan PR 00919, POC #1-1,** is the appropriate secured creditor for a 2012 Toyota Prius, and which the Debtor intends to "_Retain and pay pursuant to contract_", filed in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to all CM/EF participants and to the Chapter 7 Trustee and the US Trustee's Office; I also certify that a copy of this notice was sent to all creditors and parties in interest (CM/ECF non-participants) pursuant to the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 04th day of August, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1  RAFAEL PIZARRO RODRIGUEZ
         First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number  3:17-bk-4851
(if known)

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AEELA**<br><br>Description of property securing debt: **Asociacion Empleados ELA** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **AMERICAS LEADING FINANCE**<br><br>Description of property securing debt: **2012 Toyota Prius One 4dr Hatchback (1.8L 4cyl gas/electric hybr** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>**Retain and pay pursuant to contract** | ■ No<br>☐ Yes |
| Creditor's name: **Coop Caguas**<br><br>Description of property: **Coop Caguas** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

| Debtor 1 | PIZARRO RODRIGUEZ, RAFAEL | Case number (if known) 3:17-bk-4851 |

securing debt:

| Creditor's name: | Coop De A/C Oriental | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | Coop Oriental | | |

| Creditor's name: | Sistema de Retiro ELA | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>Retain and pay pursuant to contract | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | Retirement Account PR Government Employees | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

Debtor 1  PIZARRO RODRIGUEZ, RAFAEL                              Case number (if known)  3:17-bk-4851

X  *Rafael Pizarro Rodriguez*                          X  _____
   RAFAEL PIZARRO RODRIGUEZ                               Signature of Debtor 2
   Signature of Debtor 1

Date    August 4, 2017                                  Date  _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 17-04851-MCF7<br>District of Puerto Rico<br>Old San Juan<br>Fri Aug  4 13:29:12 AST 2017 | COOP A/C CAGUAS<br>PO BOX 1252<br>CAGUAS, PR 00726-1252 | COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEELA<br>PO Box 364508<br>San Juan, PR  00936-4508 |
| AMERICAS LEADING FINANCE, LLC<br>PO BOX. 192367<br>SAN JUAN, PR 00919-2367 | Advanced Collection Services, Inc.<br>PO Box 364607<br>San Juan, PR  00936-4607 | Coop Caguas<br>PO Box 1252<br>Caguas, PR  00726-1252 |
| Coop De A/C Oriental<br>PO Box 876<br>Humacao, PR  00792-0876 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR  00902-4140 | Islandfin<br>PO Box 71504<br>San Juan, PR  00936-8604 |
| Reliable Financial Ser<br>9615 Ave Los Romeros Ste<br>San Juan, PR  00926-7036 | Sistema de Retiro ELA<br>PO Box 42003<br>San Juan, PR  00940-2203 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | RAFAEL PIZARRO RODRIGUEZ<br>PO BOX 1437<br>CAGUAS, PR 00726-1437 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>100 CARR 165  SUITE 501<br>GUAYNABO, PR 00968-8052 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
12920 SE 38th St
Bellevue, WA  98006-1350

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Reliable Financial Services
PO Box 21382
San Juan, PR  00928-1382

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19