IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 25-03424-ESL13

MIGUEL ANGEL RIVERA DE JESUS             Chapter 13


xx-xx-1937


          Debtor(s)          <span style="color:red">FILED & ENTERED ON JUN/23/2026</span>


ORDER AND NOTICE

The motion filed by Debtor requesting continuance of confirmation hearing (docket #51) is hereby granted. The Confirmation hearing is hereby continued for November 12, 2026 at 10:30 AM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of June, 2026.


Enrique S. Lamoutte
United States Bankruptcy Judge